FRANCES MILLER v. W. R. BROWN.

Where judgment is rendered for the gross amount of two notes, on which
suit was brought, a decree subjecting a tract of land to be sold under the ven-
dor's lien, to satisfy the entire judgment, when, in fact, but one of the notes
was given for the purchase money of the land, is erroneous.

ERROR from Lamar.   Tried below before the Hon. William S.
Todd.

*Johnson & Townes*, for the plaintiff in error.

*W. B. Wright*, for the defendant in error.

ROBERTS, J.—This suit is brought upon two notes, one of
which was given in the purchase of a tract of land, of three hun-
dred and twenty acres, situated in Kaufman county.   A ven-
dor's lien is sought to be enforced.   The judgment is for the
gross amount of both notes, and the land is decreed to be sold
in satisfaction of this judgment.   The vendor's lien does not
extend further than the amount of the principal and interest of
the note, which was given for the land.   The judgment is there-
fore erroneous, as it is rendered.   It should be reformed, and
rendered so as to show the amount of the judgment, for which
the land is liable to be sold under the vendor's lien.   The other
note was given for a certificate for land, which is also ordered
to be sold.   As the defendant in error does not ask that order
to be inserted in the judgment here to be rendered, any discus-
sion of the question, as to its legality, need not be indulged in.

Judgment reversed and rendered.